IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND N.,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | 8:21CV429<br><br>JUDGMENT |

In accordance with the Memorandum and Order (Filing No. 27) entered today, the Motion to Affirm Commissioner's Decision (Filing No. 23) filed by defendant Kilolo Kijakazi, Acting Commissioner of Social Security, is granted. Plaintiff Raymond N.'s Motion for an Order Reversing the Commissioner's Decision (Filing No. 17) is denied.

Dated this 1st day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge